UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Michael Lacrosse</u>

    v.                              Civil No. 08-cv-00342-JL

<u>Town of Salem, et al.</u>

**O R D E R**

The Preliminary Pretrial Conference was held in chambers on November 19, 2008.

The Discovery Plan (document no. 6) is approved as submitted.

Plaintiff's counsel represented that the plaintiff's suit (despite the allegation regarding a lack of probable cause) does not include malicious prosecution, false arrest, or false imprisonment. The claims are excessive force and attendant supervision/training claims.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  November 19, 2008

cc:  Lawrence A. Vogelman, Esq.
     Catherine M. Costanzo, Esq.